# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

## CRIMINAL NO. 2:99CR125

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DARRELL TAYLOR ) | |

**THIS MATTER** is before the Court on the response filed May 3, 2006, by the Defendant's court appointed counsel, David Belser, to the Court's Order filed April 27, 2006.

Mr. Belser advises that due to administrative staff changes and loss of his entire computer system, it is impossible for him to locate his records in regard to Defendant's case and he will not seek attorney fees for his services rendered herein. **Statement of Intent Not to Submit a Voucher for Services Rendered in this Action, filed May 3, 2006.**

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for an injunction is **DENIED.**

**IT IS FURTHER ORDERED** that, there being no attorney voucher to be filed in this case, and the assessments and restitution having been paid in full, the Bureau of Prisons is hereby directed to stop all collections of monies from the Defendant in regard to this action.

**IT IS FURTHER ORDERED** that the Clerk of Court refund to the Defendant all monies collected for payment of court appointed counsel by issuing a check payable to the Defendant and mailing same to the institution where he is currently incarcerated.

The Clerk is directed to transmit copies of this Order electronically to Mr. Belser, the United States Attorney, the United States Probation Office, the Bureau of Prisons, and to Financial Administrator Beth Mitchell; a copy of the Order shall be provided to the Defendant by regular mail.

Signed: May 4, 2006

Lacy H. Thornburg
United States District Judge